| D/KS Prob. 22 (Rev 06/13) | | |
|---|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Trans. Court)<br>0542 5:17CR00783-002 | |
| | DOCKET NUMBER (Rec. Court)<br>6:23-cm-60044-EFM | |
| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE:<br><br>Xzavier Christian Guliford | DISTRICT<br>Western District of Texas | DIVISION<br>San Antonio |
| | NAME OF SENTENCING JUDGE<br>Honorable Xavier Rodriguez | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM<br>06/16/2023 | TO<br>06/15/2026 |

OFFENSE:

Count One: Interference With Commerce By Robbery Conspiracy, in violation of 18 U.S.C. § 1951(a) and
Count Three: Theft of Firearms from a Federal Licensee; Aiding and Abetting, in violation of 18 U.S.C. § 922(u), 18 U.S.C. § 2.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Kansas upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

July 5, 2023
Date

United States District Judge

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

7/10/2023
Effective Date

Eric F. Melgren
United States District Judge

26