CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                            Case No:  17-10070/23-60044-EFM

XZAVIER CHRISTIAN GULIFORD,

        Defendant.

**Attorney for Plaintiff: Lanny Welch**
**Attorney for Defendant: Ellen Bertels**

| JUDGE: | Melgren | DATE: | 6/13/2024 |
|---|---|---|---|
| CLERK: | McKee | TAPE/REPORTER: | Annie States |
| INTERPRETER: | | PROBATION: | Paredes |

## Hearing type: Revocation Hearing

The Court heard testimony from the witness and discussion with counsel with regard to violations of supervised release.  At the conclusion of the hearing, the Court sentenced defendant to current supervision and continue on bond with current conditions that have been imposed.