**(Revised 1/2012)**        <u>CLERK'S COURTROOM MINUTE SHEET- WITNESS LIST</u>

CASE NO. 17-10070/23-60044-EFM

<u>WITNESS FOR</u> USA                          <u>WITNESS FOR</u>    DEFT

Date     Name                          Sworn              Date     Name                          Sworn

  Adam Paredes, USPO            ( X )          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)

_____ (__)          _____ (__)