# EXHIBITS FOR   Defendant

CASE NO.  17-10070/23-60044-EFM

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| B-1 | MRT Graduation Certificate | | | X | |
| B-2 | Letter from Resolutions Therapy | | | X | |
| B-3 | Diploma Cornerstone Christian Correspondence School | | | X | |
| B-4 | 2023 IRS Form 2040-V | | | X | |
| B-5 | Google Map of Rubber King Tire & Tow | | | X | |
| B-6 | JE – Misdemeanor Case 16TR4979 | | | X | |