# IN THE UNITED STATES DISRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 6:17CR10070-001 |
| ) | 6:23CM60044-001 |
| XZAVIER CHRISTIAN GULIFORD ) | |
| Defendant ) | |

## ORDER CONTINUING SUPERVISION

Now on this 13th day of June 2024, the above-entitled matter comes on for hearing on the petition of the United States Probation Office of this Court to revoke the term of supervised release heretofore granted Mr. Guilford.

Plaintiff appeared by Lanny Welch, Assistant United States Attorney. Xzavier Christian Guliford appeared in-person and by his attorney, Ellen Bertels, Assistant Federal Public Defender.

The Court Finds the Defendant violated his term of supervision as to violations 1 and 3, and he did not violate his term of supervision as to violation 2.

The Court orders Mr. Guliford be continued on supervision under the same terms and conditions as previously ordered, including modification ordered on January 4, 2024.

**IT IS SO ORDERED.**

  June 18, 2024   
Date

*Eric F. Melgren*
Honorable Eric F. Melgren
Chief U.S. District Judge